USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/08/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROLANDO MUNIZ,

                              Petitioner,

                -against-

W.S. PLILER, WARDEN,

                              Respondent.

21-CV-7567 (VEC)

ORDER TO ANSWER, 28 U.S.C. § 2241

VALERIE CAPRONI, United States District Judge:

WHEREAS the Court, having examined the petition in this action, which Petitioner filed pursuant to 28 U.S.C. § 2241;

IT IS HEREBY ORDERED that by no later than **Friday, December 3, 2021**, the U.S. Attorney's Office shall file an answer or other pleadings in response to the petition.  By no later than **Wednesday, December 8, 2021**, the U.S. Attorney's Office must serve its response on Petitioner and file proof of service on the docket.  Petitioner may file reply papers, if any, by no later than **Friday, January 14, 2022**.

The Clerk of Court shall electronically notify the Civil Division and the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this Order has been issued.

SO ORDERED.

 Dated:    October 8, 2021
               New York, New York

_____
        VALERIE CAPRONI
   United States District Judge